March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Cheryl John ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

14 -CR-300( JGK ) (    )

Defendant Cheryl John hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

X___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Cheryl John
Print Defendant's Name

_____
Defense Counsel's Signature

Sarah Kunstler
Print Defense Counsel's Name

on 7/7/22
This proceeding was conducted by reliable video conference technology.

7/7/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge
7/8/22